UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DEVIN BUTTS, *et al.*,

Plaintiffs,

Case No. 3:25-cv-353

vs.

NORTHMONT CITY SCHOOLS BOARD OF EDUCATION, *et al.*,

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

Defendants.

---

**ORDER: (1) AMENDING THE CALENDAR ORDER (Doc. No. 40); (2) VACATING THE FINAL PRETRIAL CONFERENCE PREVIOUSLY SET FOR AUGUST 22, 2028; AND (3) VACATING THE TRIAL DATE PREVIOUSLY SET FOR SEPTEMBER 5, 2028**

---

This civil case, previously before United States District Judge Walter H. Rice, is now before the Court[1] following reassignment. *See* Doc. No. 41. It is this Court's policy to refrain from setting a trial date until after a ruling on summary judgment has been issued. Accordingly, the current preliminary pretrial conference Order is **AMENDED** as follows: the Final Pretrial Conference previously set for August 22, 2028, and the jury trial previously set for September 5, 2028 are hereby **VACATED**.

**IT IS SO ORDERED.**

November 5, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge

---

[1] The Court notes that, in light of the reassignment, this Court's Standing Order Governing Civil Cases (eff. Aug. 27, 2025), which can be found on the Court's website at https://www.ohsd.uscourts.gov/FPNewman, now applies to the instant proceedings.